# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SONIA VERA GUERRERO,<br>    Plaintiff(s),<br>v.<br>COSTCO WHOLESALE CORPORATION,<br>    Defendant(s). | Case No. 2:22-cv-00458-ART-NJK<br>**Order** |

Pending before the Court is a stipulation to extend case management deadlines by three months. Docket No. 20. The Court hereby **SETS** a hearing for 2:00 p.m. on December 28, 2022, in Courtroom 3C.

IT IS SO ORDERED.

Dated: December 19, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1