UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \*

| | |
|---|---|
| SONIA VERA GUERRERO, an individual,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>COSTCO WHOLESALE CORPORATION dba COSTCO WHOLESALE, a foreign corporation; DOES I through X; and ROE ENTITIES I through X,<br><br>　　　　　　　　Defendants. | CASE NO.: 2:22-cv-00458-ART-NJK<br><br>**ORDER GRANTING**<br><br>STIPULATION FOR<br>DISMISSAL WITH PREJUDICE |

Plaintiff SONIA VERA GUERRERO and Defendant COSTCO WHOLESALE CORPORATION, by and through their respective counsel of record, hereby stipulate, pursuant to FRCP 41(a)(1)(A)(ii), that the above-captioned action, and any and all claims asserted by Plaintiff against Defendants in said captioned action is and are hereby dismissed with prejudice.

///

///

///

///

////

1

All parties are to bear their own costs, attorneys' fees and expenses related hereto.

## ORDER

Pursuant to the Stipulation of Dismissal of the parties hereto, the above-captioned action and any and all claims asserted by Plaintiff SONIA VERA GUERRERO against Defendant COSTCO WHOLESALE CORPORATION in said captioned action is and are hereby dismissed with prejudice. All parties are to bear their own costs, attorney's fees and expenses related hereto.

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Court Judge

DATED: September 26, 2023.